UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 13CR2891-GPC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AND JUDGMENT TO DISMISS |
| v. ) | THE INDICTMENT |
| ) | |
| AMBROTH SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 13CR2891-GPC against defendant AMBROTH SANCHEZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 20, 2013

_____
HON. GONZALO P. CURIEL
United States District Judge